UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS SANTOS,<br>    Plaintiff | : <br> : CIVIL ACTION NO. 3:10-cv-1767 <br> : |
| v. | : (Judge Nealon) <br> : |
| J. CAUDLE, et al.,<br>    Defendants | : <br> : |

## ORDER

**NOW, THIS 5th DAY OF OCTOBER, 2012**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss and for summary judgment, (Doc. 56), is **GRANTED** for Plaintiff's failure to exhaust administrative remedies;

2. Plaintiff's amended complaint, (Doc. 12), is **DISMISSED**;

3. Plaintiff's motion for a temporary restraining order, (Doc. 69), is **DISMISSED as moot**;

4. The Clerk of Courts is directed to **CLOSE** this case; and

5. Any appeal will be deemed frivolous, not taken in good faith, and without probable cause.

_[signature]_
United States District Judge

**FILED**
**SCRANTON**

OCT 05 2012

PER _____
DEPUTY CLERK