# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

ANGEL LUIS SANTOS,
        Plaintiff           :       CIVIL ACTION NO. 3:10-cv-1767

                  :

        v.            :       (Judge Nealon)

                  :

J. CAUDLE, et al.,         :

        Defendants        :

## ORDER

NOW, THIS 5th DAY OF OCTOBER, 2012, for the reasons set forth in the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and for summary judgment, (Doc. 56), is **GRANTED** for Plaintiff's failure to exhaust administrative remedies;

2. Plaintiff's amended complaint, (Doc. 12), is **DISMISSED**;

3. Plaintiff's motion for a temporary restraining order, (Doc. 69), is **DISMISSED as moot**;

4. The Clerk of Courts is directed to **CLOSE** this case; and

5. Any appeal will be deemed frivolous, not taken in good faith, and without probable cause.


                                **United States District Judge**

FILED
SCRANTON

OCT 0 5 2012

PER _____
      DEPUTY CLERK